IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3054 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| JAY S. WRIGHT, | ) | **AND ORDER** |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and following the Probation Officer's suggestion,

IT IS ORDERED that Defendant Wright's revocation hearing is continued to Tuesday, September 20, 2005, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, U.S. Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 7th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge