## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:98CR3054 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| JAY S. WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

I have received a communication from the United States Probation Office and that communication is attached. I agree with the Probation Officer that we must expedite this matter. Therefore,

IT IS ORDERED that the final disposition hearing in this matter is rescheduled to Tuesday, September 6, 2005, at 3:00 p.m., before the undersigned United States district judge, in Courtroom No. 1, U.S. Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 31, 2005.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge